UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION DIVISION

IN RE: 

Wendy J Snow

DEBTOR

CASE NO. 9:13-bk-11995-DS
CHAPTER 13

JUDGE DEBORAH J. SALTZMAN

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Elizabeth F. Rojas files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SELENE FINANCE, LP

**Final Cure Amount**

| Trustee Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 4341 | $0.00 | $48,241.66 | $48,241.66 |
| Total Amount Paid by Trustee | | | | $48,241.66 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

____ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 9:13-bk-11995-DS

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of June, 2018.

Wendy J Snow, 305 Whiteley St, Arroyo Grande, CA  93420

ELECTRONIC SERIVCE - REED H. OLMSTEAD, Law Offices Reed H. Olmstead, 5266 Hollister Avenue, #224, Santa Barbara, CA  93111

Wells Fargo, PO Box 30427, Los Angeles, CA  90030-0427

ELECTRONIC SERVICE - United States Trustee

Date:  June 20, 2018                                             /s/ Elizabeth F. Rojas
                                                                             Elizabeth F. Rojas
                                                                             Chapter 13 Trustee
                                                                             15260 Ventura Blvd.
                                                                             Suite 710
                                                                             Sherman Oaks, CA  91403